[No. 8285–7–III.  Division Three.  March 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
EDWARD CASHAW, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–1–00744–1, Harold D. Clarke, J., entered November 24, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J.

[No. 8341–1–III.  Division Three.  March 31, 1988.]

LAVERN DEGNER, *Appellant,* v. ROLAND H. VAZQUEZ,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84–2–01451–1, F. James Gavin, J., entered December 3, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 19378–3–I.  Division One.  April 4, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ALAN
WESTCOTT LANGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–01849–9, Frank H. Roberts, Jr., J., entered September 29, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, A.C.J., and Grosse, J.